**Electronically Filed
Supreme Court
SCWC-17-0000401
20-MAY-2021
01:54 PM
Dkt. 12 ODAC**

SCWC-17-0000401

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

GERALD K. MOUNT, JR. and JANE R. MOUNT,
Respondents/Plaintiffs/Counterclaim-Defendants/Appellees,

v.

MARGARET APAO,
Petitioner/Defendant/Appellant,

and

DIRK APAO, AS CO-PERSONAL REPRESENTATIVE OF THE ESTATE OF ROSE
MARIE ALVARO, DECEASED,
Petitioner/Defendant/Counterclaim-Plaintiff/Third-Party
Plaintiff/Appellant,

and

SESHA LOVELACE, AS CO-PERSONAL REPRESENTATIVE OF THE
ESTATE OF ROSE MARIE ALVARO, DECEASED,
Defendant/Cross-Claim Defendant/Appellee,

and

WALTER SCOTT BURGESS,
Defendant-Appellee

and

U.S. BANK NATIONAL ASSOCIATION, A NATIONAL ASSOCIATION
AS TRUSTEE FOR THE STRUCTURED ASSET SECURITIES CORPORATION
MORTGAGE PASS-THROUGH CERTIFICATES, 2005-SC1,
Third-Party Defendant/Cross-Claim Plaintiff/Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000401; CIVIL NO. 11-1-2005)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins JJ.)

Petitioner/Defendant/Appellant and Petitioner/Defendant/Counterclaim-Plaintiff/Third-Party Plaintiff/Appellant's Application for Writ of Certiorari filed on April 13, 2021, is hereby rejected.

DATED: Honolulu, Hawaiʻi, May 20, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Michael D. Wilson

/s/ Todd W. Eddins